UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANA MINE LAND HOLDINGS, LLC, A MONTANA LIMITED LIABILITY COMPANY; AND TRACY AND MARCY FORTNER,<br><br>               Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF AGRICULTURE, SONNY PERDUE, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF AGRICULTURE; U.S. FOREST SERVICE; THOMAS L. TIDWELL, IN HIS OFFICIAL CAPACITY AS CHIEF OF U.S. FOREST SERVICE; AND WILLIAM AVEY, IN HIS OFFICIAL CAPACITY AS FOREST SUPERVISOR OF THE HELENA LEWIS AND CLARK NATIONAL FOREST,<br><br>               Defendants. | Case No. CV-17-65-H-CCL<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    <u> X </u>   **Decision by Court.** This action came before the Court for bench trial,

hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint is DISMISSED and all relief denied to Plaintiffs.

Dated this 5th day of April, 2018.

TYLER P. GILMAN, CLERK

By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk